IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DEVERICK SCOTT,**                                                                                                    **PLAINTIFF**
**ADC # 131042**

VS.                                          **4:23-CV-00580-BRW-JTK**

**ASA HUTCHINSON, et al.**                                                                                  **DEFENDANTS**

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney. After carefully considering Mr. Scott's timely filed objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED THAT:

1. All claims beyond Plaintiff's claims that Defendants Davis and Lee referred to him as a snitch and homosexual out of retaliation are dismissed without prejudice.

2. If Plaintiff wishes to continue with his remaining claims, he must file a new action and submit the statutory filing and administrative fee of $402.00 to the Clerk of the Court.

3. All Defendants except Defendants Davis and Lee are dismissed as parties to this action.

4. I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from any Order would not be taken in good faith.

DATED this 11th day of July, 2023.

                                                                                                    _____
                                                                                                    BILLY ROY WILSON
                                                                                                    UNITED STATES DISTRICT JUDGE