IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DEVERICK SCOTT,**                                                                                                  **PLAINTIFF**
**ADC # 131042**

VS.                                              **4:23-CV-00580-BRW-JTK**

**ASA HUTCHINSON, et al.**                                                                                **DEFENDANTS**

### ORDER

I have reviewed the Proposed Findings and Recommended Disposition (Doc. No. 32) submitted by United States Magistrate Judge Jerome T. Kearney.   No objections have been filed.   After careful consideration, I approve and adopt the Proposed Findings and Recommended Disposition in all respects.

Accordingly, Plaintiff's Motions for Temporary Restraining Order (Doc. Nos. 26, 27), including the embedded request for appointment of counsel, are DENIED.

IT IS SO ORDERED this 16th day of April, 2024.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE